**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **DAWN MARIE GREEN,** § | | |
| Plaintiff, § | | |
| § | | |
| § | | |
| v. § | | **CIVIL ACTION NO.** |
| § | | **9:16-cv-00055-RC-KFG** |
| § | | |
| **ANDREW SAUL,** § | | |
| **ACTING COMMISSIONER** § | | |
| **OF SOCIAL SECURITY** § | | |
| **ADMINISTRATION,** § | | |
| Defendant. § | | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION ON ATTORNEYS' FEES**

The Honorable Keith F. Giblin, United States Magistrate Judge, submitted a report [Doc. No. 26] recommending that the Court grant the plaintiff's Motion to Amend/Correct Order Adopting Report and Recommendation [Doc. No. 25] and Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)(1) [Doc. No. 22]. No party has filed objections to the magistrate judge's report.

The Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge [Doc. No. 26] is **ACCEPTED**. The Court further **ORDERS** that the Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)(1) [Doc. No. 22] is reinstated as pending. The Court further **ORDERS** that the Motion to Amend/Correct Order Adopting Report and Recommendation [Doc. No. 25] and the Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)(1) [Doc. No. 22] are **GRANTED**.

The Court finally **ORDERS** that the movant, Dominick Bonino, is awarded the sum of $9,882.75, to be paid out of the plaintiff's past-due benefits for representation before this Court in this case. Upon receipt of this award, the movant shall remit to the plaintiff fees in the amount of

$4,526.48 as previously awarded by the Court under the Equal Access to Justice Act [Doc. Nos. 19, 24].

So ORDERED and SIGNED, Dec 19, 2020.

_____
Ron Clark
Senior Judge